Circuit Court of Appeals for the First Circuit granted. *Mr. James Butler Studley, Mr. Louis D. Brandeis, Mr. W. H. Dunbar* and *Mr. Francis B. James* for the petitioner. *Mr. Charles F. Choate, Jr.,* and *Mr. Frederick H. Nash* for the respondents.

---

No. 831. ROBERT H. GARDINER, ETC., PETITIONER, *v.* WILLIAM S. BUTLER & COMPANY (INC.), ETC.   February 28, 1916.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit granted. *Mr. Bentley W. Warren* and *Mr. Francis B. James* for the petitioner.   *Mr. Charles F. Choate, Jr.,* and *Mr. Frederick H. Nash* for the respondents.

---

No. 825. ANTONIO CIFFO, PETITIONER, *v.* MARIE CIFFO. February 28, 1916.   Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Charles F. Carusi* for the petitioner.   *Mr. W. Gwynn Gardiner* for the respondent.

---

No. 834. JOSEPH H. COURTNEY, TRUSTEE, ETC., PETITIONER, *v.* EUGENE A. GEORGER.   February 28, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles P. Hine* and *Mr. Rufus S. Day* for the petitioner.   *Mr. E. H. Letchworth* for the respondent.

---

No. 836. ST. LOUIS & SOUTHWESTERN RAILWAY COMPANY, PETITIONER, *v.* CECELIO MACIEL ET AL.   Feb-